UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> -against-<br><br>SAEXPLORATION HOLDINGS, INC.,<br>JEFFREY H. HASTINGS,<br>BRENT N. WHITELEY,<br>BRIAN A. BEATTY, AND<br>MICHAEL J. SCOTT,<br><br>      Defendants, and<br><br>THOMAS W. O'NEILL and<br>LORI E. HASTINGS,<br><br>      Relief Defendants. | Civil Action No. 1:20-CV-8423 |

## STIPULATION AND ORDER

WHEREAS, Plaintiff Securities and Exchange Commission filed a complaint in the above-captioned matter on October 8, 2020 (the "Complaint");

WHEREAS, on November 20, 2020, the Court granted Relief Defendant Lori E. Hastings's first unopposed motion to extend the time within which to answer, move, or otherwise respond to the Complaint from November 20, 2020 to December 18, 2020;

WHEREAS, the principal defendants still have several weeks to answer, move, or otherwise respond to the Complaint;

WHEREAS, the Securities and Exchange Commission does not oppose a seven-week extension of Relief Defendant's time to answer, move, or otherwise respond to the Complaint; and

WHEREAS, Relief Defendant Hastings does not intend this stipulation to constitute an appearance and hereby reserves all of her rights and applicable defenses;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Relief Defendant Lori E. Hastings to answer, move, or otherwise respond to the Complaint, is hereby extended to and includes February 5, 2021.

Dated: December 16, 2020

| U.S. SECURITIES & EXCHANGE COMMISSION | LORI E. HASTINGS |
|---|---|
| By: ____/s/ Nicholas Margida____<br>Nicholas Margida<br>100 F Street, N.E.<br>Washington, DC  20549<br>Tel.: (202) 551-8504<br>margidan@sec.gov<br><br>*Attorney for Plaintiff U.S. Securities and Exchange Commission* | By: ____/s/ Simone Park____<br>Simone Park<br>Ice Miller LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>Tel: (212) 835-6302<br>simone.park@icemiller.com<br><br>Timothy D. Belevetz<br>(*pro hac vice pending*)<br>Ice Miller LLP<br>200 Massachusetts Avenue, N.W.<br>Suite 400<br>Washington, DC  20001<br>Tel.: (202) 572-1605<br>timothy.belevetz@icemiller.com<br><br>*Attorneys for Relief Defendant Lori E. Hastings* |

**IT IS SO ORDERED.**

_____
United States District/Magistrate Judge

Dated: December 17, 2020
_____

2