UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>SAEXPLORATION HOLDINGS, INC.,<br>JEFFREY H. HASTINGS,<br>BRENT N. WHITELEY,<br>BRIAN A. BEATTY, AND<br>MICHAEL J. SCOTT,<br><br>　　　　　　　Defendants, and<br><br>THOMAS W. O'NEILL and<br>LORI E. HASTINGS,<br><br>　　　　　　　Relief Defendants. | Civil Action No. 1:20-CV-8423-PGG |

## STIPULATION AND ORDER

WHEREAS, Plaintiff Securities and Exchange Commission filed a complaint in the above-captioned matter on October 8, 2020 (the "Complaint");

WHEREAS, Defendant Jeffrey H. Hastings' ("Defendant") time to answer, move, or otherwise respond to the Complaint is currently due on April 5, 2021;

WHEREAS, the Department of Justice ("DOJ") in the criminal matter (1:20-cr-534-GHW) moved to intervene in this case and to seek a stay of discovery and the filing of answers as to all defendants and relief defendants (the "Motion to Intervene"), on April 1, 2021;

WHEREAS, the Securities and Exchange Commission takes no position on the Motion to Intervene by the DOJ; and

WHEREAS, Defendant Hastings does not intend this stipulation to constitute an appearance and hereby reserves all of his rights and applicable defenses;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Jeffrey H. Hastings to answer, move, or otherwise respond to the Complaint, is hereby extended to and includes April 8, 2021.

Dated: April 5, 2021

Respectfully submitted,

| **Vinson & Elkins LLP** | **U.S. Securities & Exchange Commission** |
|---|---|
| /s/ Jeffrey S. Johnston | /s/ S. Yael Berger |
| Jeffrey S. Johnston | Nicholas C. Margida |
| 1001 Fannin St. | S. Yael Berger |
| Suite 2500 | Peter H. Fielding |
| Houston, TX 77002 | U.S. SEC, 100 F. Street, N.E. |
| 713-758-2198 | Washington, DC 20549-5041 |
| jjohnston@velaw.com | (202) 551-5779 |
| | bergers@sec.gov |
| *Counsel for Defendant Jeffrey H. Hastings* | *Counsel for Plaintiff SEC* |

**IT IS SO ORDERED.**

Dated: April 6, 2021  _____

*[signature: Paul S. Sandeske]*

United States District/Magistrate Judge