UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
SECURITIES AND EXCHANGE COMMISSION,                                 :
                                                                    :
                           Plaintiff,                                  :  ECF Case
                                                                    :
                - against -                                       :  No. 20 Civ. 8423 (PGG)
                                                                    :
SAEXPLORATION HOLDINGS, INC.,                                       :
JEFFREY H. HASTINGS,                                                :
BRENT N. WHITELEY,                                                  :
BRIAN A. BEATTY, and                                                :
MICHAEL J. SCOTT,                                                   :
                                                                    :
                      Defendants, and                              :
                                                                    :
THOMAS W. O'NEILL and                                               :
LORI E. HASTINGS,                                                   :
                                                                    :
                      Relief Defendants.                           :
                                                                    :
------------------------------------------------------------------- X

      WHEREAS, on April 1, 2021, the Government submitted a motion seeking to intervene in this action and seeking a stay of discovery and the filing of answers in light of the pendency of the parallel criminal action *United States v. Jeffrey Hastings*, S1 20 Cr. 534 (GHW) (the "Criminal Action"), in which an indictment has been returned; and

      WHEREAS, the Government does not seek to stay the filing and litigation of any motion to dismiss this action;

      WHEREAS, defendants Jeffrey H. Hastings, Brent N. Whiteley, Brian A. Beatty, and Michael J. Scott consent to the stay of discovery and the filing of answers in this case sought by the Government;

      WHEREAS, relief defendant Lori E. Hastings consents to the stay of discovery and the filing of answers in this case sought by the Government;

WHEREAS, relief defendant Thomas W. O'Neill has not responded to the Government's inquiries regarding his position with respect to the stay of discovery and the filing of answers in this case sought by the Government;

WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the Government's request to stay discovery and the filing of answers in this action; and

WHEREAS, the Court finds that a stay of discovery and the filing of answers in this action with respect to defendants Jeffrey H. Hastings, Whiteley, Beatty and Scott, and as to relief defendants O'Neill and Lori Hastings, is in furtherance of the interests of justice and will not prejudice any party;

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this action is stayed in its entirety, including as to any proposed motions to dismiss, until the completion of the Criminal Action.

SO ORDERED.

_Paul S. Gardephe_            May 3, 2021
HONORABLE PAUL G. GARDEPHE       DATE
UNITED STATES DISTRICT JUDGE

2