UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

                 - against -

SAEXPLORATION HOLDINGS, INC.,
JEFFREY H. HASTINGS,
BRENT N. WHITELEY, BRIAN A.
BEATTY, and MICHAEL J. SCOTT,

                      Defendants,

THOMAS W. O'NEILL and
LORI E. HASTINGS,

                      Relief Defendants.

**ORDER**

20 Civ. 8423 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Jeffrey H. Hastings and Relief Defendants Lori E. Hastings and Thomas W. O'Neil are directed to respond to the Complaint (Dkt. No. 1) by **December 30, 2022.**

        The following schedule will apply to Defendant Beatty's motion to dismiss:

1. Defendant's motion is due on **December 23, 2022**;
2. Plaintiff's opposition is due on **January 13, 2023**;
3. Defendant's reply, if any, is due on **January 20, 2023**.

Dated: New York, New York
       December 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge