UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>SAEXPLORATION HOLDINGS, INC, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-8423-PGG |

### ORDER OF DISMISSAL AS TO RELIEF DEFENDANT LORI HASTINGS

This Court, having considered Plaintiff Securities and Exchange Commission's Motion for Entry of Final Judgment as to Defendant Jeffrey Hastings and for Dismissal of Relief Defendant Lori Hastings, and the entire record herein,

IT IS HEREBY ORDERED that claims pending against Relief Defendant Lori Hastings are hereby DISMISSED.

Dated: New York, New York
       April 21, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge