UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

SAEXPLORATION HOLDINGS, INC.,
JEFFREY H. HASTINGS,
BRENT N. WHITELEY, BRIAN A. BEATTY, and MICHAEL J. SCOTT,

                Defendants,

THOMAS W. O'NEILL and
LORI E. HASTINGS,

                Relief Defendants.

**ORDER**

20 Civ. 8423 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at yesterday's conference, Defendant Beatty's motion to stay discovery is due on **May 19, 2023**. Relief Defendant O'Neill will file any letter with respect to that motion by **May 19, 2023**. The U.S. Securities and Exchange Commission will file any response by **May 31, 2023**.

        A case management plan will not be entered at this time, pending the resolution of Defendant Beatty's motion to stay discovery.

Dated:  New York, New York
          May 12, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge