UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>-against-<br><br>SAEXPLORATION HOLDINGS, INC.,<br>JEFFREY H. HASTINGS,<br>BRENT N. WHITELEY,<br>BRIAN A. BEATTY, and<br>MICHAEL J. SCOTT,<br><br>          Defendants, and<br><br>THOMAS W. O'NEILL and<br>LORI E. HASTINGS,<br><br>          Relief Defendants. | Civil Action No. 1:20-CV-8423 (PGG) |

### ORDER OF DISMISSAL AS TO RELIEF DEFENDANT THOMAS O'NEILL

This Court, having considered Plaintiff Securities and Exchange Commission's Motion for Entry of Final Judgment as to Defendant Brent Whiteley and for Dismissal of Relief Defendant Thomas O'Neill, and the entire record herein,

IT IS HEREBY ORDERED that the claim pending against Relief Defendant Thomas O'Neill is hereby DISMISSED.

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

August 14, 2024